IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Tony D. McAnally and Katrina A. McAnally　　　BANKRUPTCY NO. 11-10803-DWH

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm, P.A., hereby enters his appearance as attorney for City of Memphis Credit Union and requests that all documents, pleadings and mailings be sent to Simpson Law Firm, P.A.

Please add the following names and address to the list of creditors:

> John S. Simpson
> Simpson Law Firm, P.A.
> Attorney for City of Memphis Credit Union
> P.O. Box 1410
> Ridgeland, MS 39158-1410
> (601) 957-6600
> dhelms@simpsonlawfirm.net

Date: April 8, 2011.

/s/ John S. Simpson
John S. Simpson

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

> Alex B. Gates
> Chapter 7 Trustee
> P.O. Box 216
> Sumner, MS 38957
> (662)375-8728
> agates@ecf.epiqsystems.com

by electronic notice, on April 8, 2011.

/s/ John S. Simpson
John S. Simpson